IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALMA FAYE WARD, Individually and as a Personal Representative of the Estate of BRUCE WARD | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: RDB 09-3256 |
| DAVID T. WALKER, M.D., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 26th day of July 2010, ORDERED that:

1. Defendants Dr. David T. Walker and Mid-Atlantic Surgical Group's Motion to Dismiss (Paper No. 4) is GRANTED;

2. Defendant Peninsula Regional Medical Center's Motion to Dismiss (Paper No. 7) is GRANTED;

3. This case is DISMISSED WITHOUT PREJUDICE;

4. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel;

5. The Clerk of the Court CLOSE THIS CASE.

/s/_____
Richard D. Bennett
United States District Judge